DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

GARY FRANCIS,

Appellant,

v.

SIVYER BARLOW & WATSON, P.A., a/k/a SIVYER BARLOW WATSON & HAUGHEY, P.A.,

Appellee.

No. 2D2025-2649

_____

August 14, 2026

Appeal from the Circuit Court for Hillsborough County; Paul Lee Huey, Judge.

Gary Francis, pro se.

John A. Rine and Karla E. Cornejo of Lewis Brisbois Bisgaard & Smith LLP, Tampa, for Appellee.


PER CURIAM.

    Affirmed.

NORTHCUTT, VILLANTI, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.